FILED
2015 Jul-30 PM 04:03
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### NORTHWESTERN DIVISION

| | |
|---|---|
| JANE DOE, | ) |
|     Plaintiff, | ) |
| vs. | ) Civil Action Number |
| | ) **3:15-cv-01215-AKK** |
| RICK SINGLETON, in his official capacity as Sheriff of Lauderdale County, Alabama, | ) |
|     Defendant. | ) |

## MEMORANDUM OPINION AND ORDER

This matter is set for a hearing at 11:30 a.m. on July 31, 2015 at the United States Courthouse in Florence, Alabama to address Document 15. Plaintiff Jane Doe's attendance is required. Defendant is **ORDERED** to arrange for Jane Doe's transfer to the courthouse for this hearing.

**DONE** the 30th day of July, 2015.

_____
**ABDUL K. KALLON**
UNITED STATES DISTRICT JUDGE